# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, as Partial Subrogee for CHRSTOF VON RABENAU, <br><br> Plaintiff, <br><br> vs. <br><br> GATEWAY HOSPITALITY GROUP, INC.; BOZEMAN LODGING INVESTORS, LLC, d/b/a/ HILTON GARDEN INN-BOZEMAN; and OWEN HOLLAND GRAHAM, <br><br> Defendants. | No. CV-17-78-BU-SEH <br><br> **ORDER** |

Plaintiff having filed a Notice of Dismissal [Rule 41(a)(1)(A)][1],

ORDERED:

1. The order to show cause hearing set for February 28, 2018, is VACATED.

2. The case is dismissed.

DATED this 26th day of February, 2018.

SAM E. HADDON
United States District Judge

---

[1] Doc. 5.